IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM BRYANT PEÑA BECERRA,<br><br>     Petitioner,<br><br>v.<br><br>KELLY SPARKS, Davis County Sheriff;<br>EVAN TJADEN, Acting Field Office<br>Director, Salt Lake City Enforcement and<br>Removal Operations, U.S. Immigration and<br>Customs Enforcement (ICE/ERO);<br>KRISTI NOEM, Secretary, United States<br>Department of Homeland Security;<br>PAMELA BONDI, U.S. Attorney General,<br><br>     Respondents. | **JUDGMENT**<br><br>Case No. 2:26-cv-00212-JNP-DBP<br><br>Chief District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED THAT the petition for writ of habeas corpus filed by

Adam Bryant Peña Becerra is GRANTED.

Signed April 7, 2026.

BY THE COURT

Jill N. Parrish
United States Chief District Judge